JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREATIVE PHOTOGRAPHERS, INC., a New York Corporation,<br><br>Plaintiff,<br><br>v.<br><br>GROUP NINE MEDIA, INC., a Delaware Corporation, individually and d/b/a "PopSugar"; and DOES 1 through 10,<br><br>Defendants. | Case No.: 2:21-cv-05046-RGK-MRW<br>*Hon. R. Gary Klausner Presiding*<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE<br><br>[28] |

After consideration of the parties' Joint Stipulation to Dismiss the Action with Prejudice, and good cause appearing therefor, the Court hereby GRANTS the Stipulation and dismisses this action with prejudice.

SO ORDERED.

Dated: _____May 4_____, 2022     By: _____/s/ Gary Klausner_____
                                                    HON. R. GARY KLAUSNER
                                                    UNITED STATES DISTRICT JUDGE